UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 20  P 1:46
U.S. DISTRICT COURT
HARTFORD, CT.

IN RE: SBC COMMUNICATIONS INC. ) Lead Case No.
ANTITRUST LITIGATION           ) 3:02CV1617 (DJS)

### Stipulation and Order

IT IS HEREBY STIPULATED by and between lead counsel for the class plaintiffs in these consolidated actions and Defendant SBC Communications Inc., through their respective counsel, that all complaints by consumer plaintiffs consolidated with and under the above captioned action[1] be and hereby are dismissed without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own respective attorneys' fees and costs.

Dated: February 12, 2004                    Respectfully submitted,

MILBERG WEISS BERSHAD HYNES         KELLOGG, HUBER, HANSEN, TODD &
& LERACH LLP                         EVANS, P.L.L.C.

By: /s/                              By: _____
Michael M. Buchman                   Michael K. Kellogg
J. Douglas Richards                  Mark C. Hansen
Michael R. Reese                     Neil M. Gorsuch
One Pennsylvania Plaza               Sumner Square
New York, NY 10119                   1615 M Street, N.W.
Telephone: (212) 594-5300            Suite 400
Facsimile:  (212) 868-1229           Washington, D.C. 20036
                                     Telephone: (202) 326-7900
Counsel for Plaintiffs               Facsimile: (202) 326-7999

                                     Counsel for Defendants

---

[1] This includes Case Nos. 3:02cv1624, 3:02cv1787, 3:02cv1801, 3:02cv1809, 3:02cv1811, 3:02cv1858, and 3:02cv1919, but does not include Case No. 3:02cv1887.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|   |   |
|---|---|
| IN RE: SBC COMMUNICATIONS INC. ANTITRUST LITIGATION | ) ) ) ) ) ) ) Lead Case No. 3:02CV1617 (DJS) |

### Stipulation and Order

IT IS HEREBY STIPULATED by and between lead counsel for the class plaintiffs in these consolidated actions and Defendant SBC Communications Inc., through their respective counsel, that all complaints by consumer plaintiffs consolidated with and under the above captioned action[1] be and hereby are dismissed without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own respective attorneys' fees and costs.

Dated: February 18, 2004                                  Respectfully submitted,


MILBERG WEISS BERSHAD HYNES                KELLOGG, HUBER, HANSEN, TODD &
& LERACH LLP                                              EVANS, P.L.L.C.

By: _____                  By: /s/ Michael K. Kellogg
Michael M. Buchman                                    Michael K. Kellogg
J. Douglas Richards                                       Mark C. Hansen
Michael R. Reese                                           Neil M. Gorsuch
One Pennsylvania Plaza                                Sumner Square
New York, NY 10119                                     1615 M Street, N.W.
Telephone: (212) 594-5300                           Suite 400
Facsimile:  (212) 868-1229                           Washington, D.C. 20036
                                                                       Telephone: (202) 326-7900
Counsel for Plaintiffs                                    Facsimile: (202) 326-7999

                                                                       Counsel for Defendants

---

[1] This includes Case Nos. 3:02cv1624, 3:02cv1787, 3:02cv1801, 3:02cv1809, 3:02cv1811, 3:02cv1858, and 3:02cv1919, but does not include Case No. 3:02cv1887.

| | |
|---|---|
| KIRBY McINERNEY & SQUIRE, LLP | WIGGIN & DANA LLP |
| By: /s/ Randall Berger | By: /s/ James Bicks |
| Peter S. Linden | James H. Bicks (ct 04729) |
| Alice McInerney | One Century Tower |
| Randall Berger | P.O. Box 1832 |
| 830 Third Avenue, 10th Floor | New Haven, CT 06508-1832 |
| New York, NY 10022 | Telephone: (203) 498-4400 |
| Telephone: (212) 317-2300 | Facsimile: (203) 782-2889 |
| Counsel for Plaintiffs | Counsel for Defendants |

BERMAN DeVALERIO PEASE
TABACCO BURT & PUCILLO

By: _____
Sharon T. Maier
Joseph J. Tabacco, Jr.
425 California Street, Suite 20205
San Francisco, CA 94104
Telephone: (415) 433-3200

Counsel for Plaintiffs


SO ORDERED THIS _____ DAY OF _____, 2004.


                                              _____
                                              HONORABLE DOMINIC SQUATRITO
                                              UNITED STATES DISTRICT JUDGE

| KIRBY McINERNEY & SQUIRE, LLP | WIGGIN & DANA LLP |
|---|---|
| By: _____<br>Peter S. Linden<br>Alice McInerney<br>Randall Berger<br>830 Third Avenue, 10th Floor<br>New York, NY 10022<br>Telephone: (212) 317-2300 | By: _____<br>James H. Bicks (ct 04729)<br>One Century Tower<br>P.O. Box 1832<br>New Haven, CT 06508-1832<br>Telephone: (203) 498-4400<br>Facsimile: (203) 782-2889 |
| Counsel for Plaintiffs | Counsel for Defendants |

BERMAN DeVALERIO PEASE
TABACCO BURT & PUCILLO

By: /s/ Sharon T. Maier
Sharon T. Maier
Joseph J. Tabacco, Jr.
425 California Street, Suite 20205
San Francisco, CA 94104
Telephone: (415) 433-3200

Counsel for Plaintiffs

SO ORDERED THIS _____ DAY OF _____, 2004.

_____
HONORABLE DOMINIC SQUATRITO
UNITED STATES DISTRICT JUDGE