UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 23  P 2: 22

U.S. DISTRICT COURT
HARTFORD, CT.

IN RE:
SBC COMMUNICATIONS INC.
ANTITRUST LITIGATION           :
    Plaintiff

v.                             : CIVIL NO.: 3:02cv1617(DJS)
                                            Lead Case

### ORDER

The Stipulation and Order (Doc. #117) for dismissal with prejudice is hereby

**GRANTED.** The Clerk shall close cases:

    3:02cv1617(DJS)
    3:02cv1624(DJS)
    3:02cv1787(DJS)
    3:02cv1801(DJS)
    3:02cv1809(DJS)
    3:02cv1811(DJS)
    3:02cv1858(DJS)
    3:02cv1919(DJS)

Case Number **3:02cv1887(DJS)** is severed from Lead Case Number

**3:02cv1624(DJS)**, and shall remain opened.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this __23rd__ day of February, 2004.

                                                    /s/DJS
                                                  Dominic J. Squatrito
                                                  United States District Judge